FILED

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

2018 NOV 14 PM 2: 26

BY ___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2018 Grand Jury

ED CR18-00315 FMO

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 39A: Aiming a Laser Pointer at an Aircraft] |
| RONNIE RUBEN KAPLAN, JR., | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 39A]

On or about October 13, 2015, in Riverside County, within the Central District of California, defendant RONNIE RUBEN KAPLAN, JR. knowingly aimed the beam of a laser pointer at an aircraft, namely, a MD Helicopters, Inc. MD-500E helicopter, tail number N951RP, owned by the City of Riverside and operated by the Riverside Police

///

///

1  Department, in the special aircraft jurisdiction of the United

2  States, and in the flight path of said aircraft.

3                               A TRUE BILL

4

5                          ___/S/_____
                               Foreperson

6

7  NICOLA T. HANNA
   United States Attorney

8

9

10  LAWRENCE S. MIDDLETON
    Assistant United States Attorney

11  Chief, Criminal Division

12  JOSEPH B. WIDMAN
    Assistant United States Attorney

13  Chief, Riverside Branch Office

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28