**Under Seal**

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
JOSEPH B. WIDMAN (Cal. SBN 256189)
Assistant United States Attorney
Chief, Riverside Branch Office
     3403 10th Street, Ste. 200
     Riverside, California 92501
     Telephone: (951) 276-6945
     Facsimile: (951) 276-6202
     Email: Joseph.Widman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. ED CR 18-00315 FMO |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING INDICTMENT AND RELATED DOCUMENTS; DECLARATION OF JOSEPH B. WIDMAN |
| v. | |
| RONNIE RUBEN KAPLAN JR., | |
| Defendant. | **(UNDER SEAL)** |

ORIGINAL
FILED
NOV 14 2018
OC

```
 1  NICOLA T. HANNA
    United States Attorney
 2  LAWRENCE S. MIDDLETON
    Assistant United States Attorney
 3  Chief, Criminal Division
    JOSEPH B. WIDMAN (Cal. SBN 256189)
 4  Assistant United States Attorney
    Chief, Riverside Branch Office
 5       3403 10th Street, Ste. 200
         Riverside, California 92501
 6       Telephone: (951) 276-6945
         Facsimile: (951) 276-6202
 7       Email: Joseph.Widman@usdoj.gov

 8  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
 9
                    UNITED STATES DISTRICT COURT
10
               FOR THE CENTRAL DISTRICT OF CALIFORNIA
11
    UNITED STATES OF AMERICA,        No. ED CR 18-00315 FMO
12
              Plaintiff,
13                                   GOVERNMENT'S EX PARTE APPLICATION
              v.                     FOR ORDER SEALING INDICTMENT AND
14                                   RELATED DOCUMENTS; DECLARATION OF
    RONNIE RUBEN KAPLAN JR.,         JOSEPH B. WIDMAN
15
              Defendant.             (UNDER SEAL)
16
```

The government hereby applies ex parte for an order that the indictment and any related documents in the above-titled case (except the arrest warrants for the charged defendants(s)) be kept under seal until the government files a "Report Commencing Criminal Action" in this matter.

//
//
//

This <u>ex parte</u> application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of Joseph B. Widman.

Dated: November 14, 2018

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

_/s/ Joseph B. Widman_
JOSEPH B. WIDMAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF JOSEPH B. WIDMAN**

I, Joseph B. Widman, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of United States v. Ronnie Ruben Kaplan Jr., the indictment in which is being presented to a federal grand jury in the Central District of California on November 14, 2018.

2. Defendant Ronnie Ruben Kaplan Jr. ("defendant") has not been taken into custody on the charge contained in the indictment and has been informed that he is being named as a defendant in the indictment to be presented to the grand jury on November 14, 2018. The likelihood of apprehending defendant might jeopardized if the indictment in this case were made publicly available before the defendant is taken into custody on the indictment.

3. Accordingly, the government requests that the indictment and sealed documents in this case (except the arrest warrant) be sealed and remain so until the defendant is taken into custody on the charge contained in the indictment and the government files a "Report Commencing Criminal Action" in this matter.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Riverside, California, on November 7, 2018.

_____
JOSEPH B. WIDMAN

1