| | |
|---|---|
| 1 | HILARY POTASHNER (No. 167060) |
| | Federal Public Defender |
| 2 | (E-mail: Hilary_Potashner@fd.org) |
| |                 (No.    ) |
| 3 | Deputy Federal Public Defender |
| | (E-mail:                        ) |
| 4 | 3801 University Ave, Suite 700 |
| 5 | Riverside, California 92501 |
| | Telephone (951) 276-6346 |
| 6 | Facsimile (951) 276-6368 |

FILED
CLERK, U.S. DISTRICT COURT
MAY 20 2019
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION  BY DEPUTY

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | NO. ED CR 18-315-FMO |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Assertion of Fifth and Sixth |
| | ) | Amendment Rights |
| v. | ) | |
| Ronnie Ruben Kaplan Jr | ) | |
| Defendant | ) | |
| | ) | |

    I, the above-named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not want the government or others acting on the government's behalf to question me, or to contact me seeking my waiver of any rights, unless my counsel is present.

_____   _____
(Defendant's Signature)       Attorney's Name/Signature

Date/Time _5/20/19_ _1:50_ a.m./**p.m.**

Interpreter:_____

1

If the defendant is not English speaker, include the following:

    I, the above-named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not want the government or others acting on the government's behalf to question me, or to contact me seeking my waiver of any rights, unless my counsel is present.

    I,_____, am fluent in written and spoken English and _____ languages. I accurately translated this Assertion of Fifth and Sixth Amendment Rights from English into _____ to the defendant_____, on this date.

Date: _____     _____
                                                         Interpreter